**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JEANE GUTHRIE**                                                                    **PLAINTIFF**

**VS.**                                                            **CAUSE NO.** 3:24-cv-25-DPJ-FKB

**KROGER LIMITED PARTNERSHIP I**                                    **DEFENDANTS**

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendant, Kroger Limited Partnership I (sometimes hereinafter referred to as "Kroger" or "Kroger Defendant"), by and through counsel, has removed this action pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and other applicable law, from the Circuit Court of Madison County, Mississippi, (Cause No.: CI-2023-00373-JM; MEC Case: 45CI1:23-cv-00373-JM), to the United States District Court for the Southern District of Mississippi, Northern Division, located at Jackson, MS. The basis for removal is diversity of citizenship.

**Nature of the Civil Action Removed**

1.

On December 14, 2023, the Plaintiff filed the above captioned civil action. Process was served upon Defendant on or about December 15, 2023. This lawsuit first became removable to this Court at that time. A copy of the Plaintiff's Complaint filed with the Circuit Clerk of Madison County, Mississippi, along with all process, pleadings and orders served upon this Defendant is attached hereto as **Exhibit "A"** and incorporated herein by reference.

2.

The Complaint alleges that this lawsuit arose out of an incident at the Kroger Store, 1070 Hwy 51, Madison, Mississippi, on May 27, 2023. The Complaint alleges, in part, that on or about May 27, 2023 the Plaintiff, Jeane Guthrie, while walking south on the sidewalk in front of

the Kroger Grocery Store, she stepped off the ramped walkway at the elevated curb which had no contrast yellow painted surface warning her in the change in elevation from the sidewalk to the driveway and parking lot causing her to trip and fall onto the asphalt parking lot. Plaintiff seeks an unlimited amount for Kroger's alleged negligence, breach of duty of its care, and violation of applicable safety and building codes, including the following: actual, compensatory, consequential and incidental damages in an amount exceeding the jurisdictional minimal limits of this Court for compensatory damages and for punitive damages, including all expenses and costs of this civil action, and such other general relief as the Court and jury deem just.

**Removal Based on Diversity of Citizenship**

3.

Taking the allegations of the Complaint as true, Plaintiff is an adult resident citizen of Madison County, Mississippi.

4.

Kroger Limited Partnership I, is an Ohio entity with its principal place of business located within the State of Ohio. Further, Defendant provides the following CORPORATE DISCLOSURE STATEMENT for KROGER LIMITED PARTNERSHIP I. The partners of Kroger Limited Partnership I are: KRGP Inc. is the general partner. It is an Ohio Corporation with its principal place of business located within the State of Ohio. There are no parent corporations nor any publicly held corporations which own ten percent (10%) or more of its stock. The Kroger Co. is the limited partner. It is an Ohio Corporation with its principal place of business located within the State of Ohio. There are no parent corporations nor any publicly held corporations which own ten percent (10%) or more of its stock. All Defendants required for removal have consented to and/or joined in this removal.

2

5.

Pursuant to 28 U.S.C. § 1332 and § 1441, this Court has original subject matter jurisdiction over the present action based on diversity of citizenship, in that it is a civil action where the matter in controversy is between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. The Complaint alleges and demands an unlimited amount of recovery of compensatory damages for personal injuries, consequential and incidental damages, as well as punitive damages (in an amount in excess of the jurisdiction minimums of the Court) as a result of Defendant's alleged negligence.

6.

Pursuant to 28 U.S.C. § 1441, the United States District Court for the Southern District of Mississippi, Northern Division at Jackson, is the federal district court for the district and division embracing the place where the state court suit is pending.

7.

**Notice to Adverse Parties and the
Clerk of the Circuit Court, Madison County, Mississippi**

The removing defendant hereby certifies that written notice of the filing of this NOTICE OF REMOVAL has been served upon all adverse parties and a copy will be filed with the Clerk of the Circuit Court of Madison County, Mississippi, thereby effecting the removal of this action to this Court. Pursuant to 28 U.S.C. § 1446(d) notice is hereby given that the state court action shall proceed no further unless and until the case is remanded.

**WHEREFORE, PREMISES CONSIDERED**, the removing Defendant files this NOTICE OF REMOVAL with the United States District Court for the Southern District of Mississippi, Northern Division at Jackson, and respectfully prays that this Court will proceed with the handling of this case as if it had been originally filed herein, and that further proceedings in the Circuit Court

of Madison County, Mississippi, shall proceed no further unless and until the case is remanded thereto.

**RESPECTFULLY SUBMITTED**, this the 12th day of January, 2024.

FOR:  **KROGER LIMITED PARTNERSHIP I**

BY:  */s/ Michael E. Phillips*
       Michael E. Phillips

OF COUNSEL:

Michael E. Phillips (MSB #100119)
Claire K. Robinett (MSB 104984)
**HAGWOOD AND TIPTON**
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Telephone: 601-608-6300
Fax: 601-362-3642
Email: mphillips@hatlawfirm.com
Email: crobinett@hatlawfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned attorney of record, do hereby certify that I have this day served a true and correct copy of the foregoing NOTICE OF REMOVAL via the ECF and MEC systems upon the following:

William P. Featherston, Jr. (MSB #5163)
350 Arbor Drive, Suite D
Ridgeland, MS 39157
P.O. Box 1105
Ridgeland, MS 39158-1105
Telephone: (601) 206-5557
Fax: (601) 206-1612
bfeather@bellsouth.net
ATTORNEY FOR PLAINTIFF

Hon. Anita Wray
Madison County Circuit Clerk
P.O. Box 1626
Canton, MS 39046
Phone: (601) 859-4365
Fax: (601) 859-8555

**THIS**, the 12th day of January, 2024.

BY:     */s/ Michael E. Phillips*
        Michael E. Phillips