## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JEANE GUTHRIE**                                                                                          **PLAINTIFF**

**VS.**                                                               **CAUSE NO. 3:24-cv-00025-DPJ-ASH**

**KROGER LIMITED PARTNERSHIP I**                                                     **DEFENDANTS**

### AGREED AND FINAL JUDGMENT DISMISSING LAWSUIT WITH PREJUDICE

**THIS MATTER** having come uncontested before the Court at the instance of the parties, and the Court, being advised that all claims that have been or could have been asserted have been compromised and settled and that there remain no issues to be adjudicated or determined by the Court, expressly finds and determines that there is no just reason for delay and expressly directs the entry of this Agreed Final Judgment dismissing this lawsuit with prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's claims are hereby dismissed with prejudice in their entirety, and the Court further finds that there is no just reason for delay and therefore this lawsuit is dismissed with prejudice in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, with each party to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 22nd day of January, 2025.

                                              s/ *Daniel P. Jordan III*
                                              UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED BY:

*/s/ William P. Featherston*
William P. Featherston, Jr. (MSB #5163)
350 Arbor Drive, Suite D
Ridgeland, MS 39157
P.O. Box 1105
Ridgeland, MS 39158-1105
Telephone: (601) 206-5557
Fax: (601) 206-1612
bfeather@bellsouth.net
*Counsel for Plaintiff*

*/s/ Michael E. Phillips*
Michael E. Phillips (MSB # 100119)
**HAGWOOD AND TIPTON PC**
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Telephone: (601) 608-6300
Facsimile: (601) 362-6342
Email: mphillips@hatlawfirm.com
*Counsel for Defendant*